UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

RICHARD LEAF,

**-CR-**    ( )( )

**21mj1934**

Defendant(s).

------------------------------------------------------------------X

Defendant __Richard Leaf_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer


__/s/ Richard Leaf_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Richard Leaf_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__2/23/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge