March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Richard Leaf ,
                     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 159    ( PMH )( )

Defendant Richard Leaf hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_X\_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_/s/ Richard Leaf /MKB_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Michael K. Burke_
Defense Counsel's Signature

\_\_\_\_Richard Leaf_____
Print Defendant's Name

_____Michael K. Burke_____
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

\_\_4/6/22\_\_
Date

_____
U.S. District Judge/U.S. Magistrate Judge