March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

RICHARD LEAF    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 159 (PMH)( )

Defendant __RICHARD LEAF__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__RICHARD LEAF__
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

MICHAEL K. BURKE
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__6/15/22__
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~