**U.S. Department of Justice**

*United States Attorney*

> Application granted. The status conference scheduled for 1/30/23 is adjourned to 2/27/2023 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.
>
> A Speedy Trial Act exclusion order will be docketed separately.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 24, 2023

**BY CM/ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Richard Leaf*, Case No. 22 Cr. 159 (PMH)

Dear Judge Halpern:

The Government respectfully writes, with the consent of the defendant, to request an adjournment of the next pretrial conference in this matter, currently scheduled for January 30, 2023.

As the Court is aware, the parties were last before the Court on August 24, 2022 for a status conference. On December 21, 2022, defense counsel submitted a mitigation submission. The Government has been reviewing this submission but needs additional time to complete its review. Based on the above, the parties believe that an adjournment of the next pretrial conference for at least 30 days to be scheduled at the Court's discretion will serve the ends of justice and conserve judicial resources as the parties continue to discuss a potential resolution without the need for trial.

Should the Court grant the adjournment, the Government further respectfully requests, without objection from the defendant, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 30, 2023 through the date of the rescheduled pretrial conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it would allow the Government time to complete its review of the defendant's mitigation submission and allow for continued discussions regarding a potential pretrial resolution.

Accordingly, the Government respectfully encloses a proposed order excluding time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jennifer N. Ong
Assistant United States Attorney
(914) 993-1926

cc: Michael Burke, Esq. (via ECF)