UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RICHARD LEAF,
                      Defendant.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:22-cr-00159-PMH

Sentencing in this matter currently scheduled for January 19, 2024 is rescheduled to July 2, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       December 19, 2023

_____
Philip M. Halpern
United States District Judge