UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                   22-CR-159-001 (PMH)

    - against -

                                                                   ORDER

RICHARD LEAF

        Defendant

---------------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics in the amount of $4,500.00, for professional services rendered in connection with the above captioned case.

SO ORDERED,

                                                                     _____
                                                                    Hon. Philip M. Halpern
                                                                    United States District Court Judge

Dated: White Plains, New York

       December 1, 2023

# Empire State Forensics

Fortune Building - 280 North Central Avenue - Suite 40 - Hartsdale, NY 10530 (

# INVOICE

**Date Submitted:** October 23, 2023

**Re:** Richard Leaf

**Dates Seen:** September 15, 2023

**Location:** Westchester County Correctional Facility, Valhalla NY

**Type of Assessment/Evaluation:**

Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:** Sara Liebert, Psy.D.

**Payment Information:**

Total Cost of Assessment/Evaluation **$ 4,500.00**

Please make check **payable** to: **Empire State Forensics**

Please send check to: **280 North Central Ave. Suite 40**

   **Hartsdale, New York 10530**
   **Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*

Kenneth J. Lau, LCSW   Director

**EIN #:** 82-2916796