**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> Application granted. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc 69).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 20, 2024

**BY CM/ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Richard Leaf*, Case No. 22 Cr. 159 (PMH)

Dear Judge Halpern:

    The Government respectfully requests a brief extension to file its sentencing submission in the above referenced case. Sentencing is currently scheduled for July 2, 2024. The Government's sentencing submission is due today, June 18—two weeks before the sentencing. Defense counsel filed its sentencing submission tonight. Accordingly, the Government requests a brief extension of two days, until Thursday, June 20, 2024, to file its sentencing submission. Defense counsel does not object to this request.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

      by: _____
               Jennifer N. Ong
               Assistant United States Attorney
               (212) 637-2224

cc: Michael Burke, Esq. (via ECF)